

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00460-CV

———————————————

IN RE CONGHUA YAN, Relator

———————————————

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-367329-25

———————————————

Before Bassel, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 23, 2025